**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ANNIE CHANG, Individually and on Behalf of All Others Similarly Situated,

                   Plaintiff,

        v.

NEUMORA THERAPEUTICS, INC., HENRY O. GOSEBRUCH, JOSHUA PINTO, MICHAEL MILLIGAN, PAUL L. BERNS, KRISTINA BUROW, MATTHEW FUST, ALAA HALAWA, MAYKIN HO, DAVID PIACQUAD, J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, GUGGENHEIM SECURITIES, LLC, RBC CAPITAL MARKETS, LLC, and WILLIAM BLAIR & COMPANY, L.L.C.,

                  Defendants.

Case No. 1:25-cv-01072-JPC-JW

---

**DECLARATION OF DANIEL GHERARDI IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

I, Daniel Gherardi, declare as follows, pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm of Latham & Watkins LLP and am counsel of record for Defendants Neumora Therapeutics, Inc. ("Neumora"), Henry O. Gosebruch, Joshua Pinto, Michael Milligan, Paul L. Berns, Kristina Burow, Matthew Fust, Alaa Halawa, Maykin Ho, and David Piacquad (collectively, with Neumora, the "Neumora Defendants") in this action. I submit this declaration in support of the Motion to Dismiss the Amended Class Action Complaint filed by the Neumora Defendants and Defendants J.P. Morgan Securities LLC, BofA Securities, Inc., Stifel, Nicolaus & Company, Inc., Guggenheim Securities, LLC, RBC Capital Markets, LLC, and William Blair & Company, L.L.C.

2.      I am admitted to the Bar of the State of California and have been admitted by this Court *pro hac vice* in the above-captioned action.  I have personal knowledge of the facts in this Declaration and, if called upon, could and would testify competently thereto.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of Neumora's Final Prospectus, filed pursuant to Rule 424(b)(4) with the Securities and Exchange Commission on September 18, 2023, and publicly available at www.sec.gov/edgar.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of an article by Sanjay Mathew, et al., titled "Navacaprant, a Novel and Highly Selective Kappa Opioid Receptor Antagonist, in Adults With Major Depressive Disorder," published in the Journal of Clinical Psychopharmacology on April 9, 2025, and publicly available at https://journals.lww.com/psychopharmacology/toc/2025/05000.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of a press release issued by Neumora titled "Neumora Therapeutics Announces Initiation of Phase 3 Clinical Program for Navacaprant (NMRA-140) in Major Depressive Disorder (NMRA-140) in Major Depressive Disorder," issued July 18, 2023, and publicly available at https://ir.neumoratx.com/news-releases/news-release-details/neumora-therapeutics-announces-initiation-phase-3-clinical.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of a presentation poster titled "Navacaprant (NMRA-140), A Novel and Highly Selective Kappa Opioid Receptor Antagonist, in Patients with Major Depressive Disorder: A Randomized Placebo-Controlled Phase 2 Trial," presented at the 62nd Annual Meeting of the American College of Neuropsychopharmacology; December 3-6, 2023, and publicly available at https://neumoratx.com/wp-content/uploads/2024/08/ACNP23_Ph2_Poster_Final.pdf.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of the historical price of Neumora's common stock from September 15, 2023 (the date of Neumora's initial public offering) through January 15, 2026 (the date after the amended complaint was filed), which is publicly available at https://finance.yahoo.com.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of BlackThorn Therapeutics, Inc. Clinical Study Protocol: K2-MDD-201, dated January 24, 2022, and publicly available at https://cdn.clinicaltrials.gov/large-docs/30/NCT04221230/Prot_000.pdf (the "Study Protocol").

9.      Attached hereto as **Exhibit 7** is a true and correct copy of BlackThorn Therapeutics, Inc.'s blinded rule list for inclusion in the clinical trial K2-MDD-201, dated October 14, 2019, which is incorporated into the Study Protocol.

10.     Attached hereto as **Exhibit 8** is a true and correct copy of BlackThorn Therapeutics, Inc.'s blinded rule list for inclusion in the clinical trial K2-MDD-201, dated June 23, 2020, which is incorporated into the Study Protocol.

11.     Attached hereto as **Exhibit 9** is a true and correct copy of an article by Leah Kuntz, titled "Navacaprant: A Hot Topic at the ACNP 2023 Annual Meeting," published on December 3, 2023 and updated February 2, 2024, and publicly available at https://www.psychiatrictimes.com/view/navacaprant-a-hot-topic-at-the-acnp-2023-annual-meeting.

12.     Attached hereto as **Exhibit 10** is a true and correct copy of an article by Yang Xu, et al., titled "Temporal trends and age-period-cohort analysis of depression in U.S. adults from 2013 to 2022," published in the Journal of Affective Disorders on June 27, 2024, and publicly available at https://doi.org/10.1016/j.jad.2024.06.090.

13.     Attached hereto as **Exhibit 11** is a true and correct copy of an article by Christine Kuehner titled "Why is depression more common among women than among men?," published in the Lancet Psychiatry on November 14, 2016, and publicly available at https://www.thelancet.com/journals/lanpsy/article/PIIS2215-0366(16)30263-2/abstract.

14.     Attached hereto as **Exhibit 12** is a true and correct copy of guidance by the U.S. Department of Health and Human Services, Food and Drug Administration, and Center for Drug Evaluation and Research, titled "Major Depressive Disorder: Developing Drugs for Treatment | Guidance for Industry," published in June 2018, and publicly available at https://www.fda.gov/media/113988/download.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on March 11, 2026, in Menlo Park, California.

_/s/ Daniel Gherardi_
Daniel Gherardi