Direct Dial: (858) 523-3985
colleen.smith@lw.com

12670 High Bluff Drive
San Diego, California 92130
Tel: +1.858.523.5400  Fax: +1.858.523.5450
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

March 11, 2026

**VIA ECF**

Hon. John P. Cronan
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

Re:     *Chang v. Neumora Therapeutics, Inc., et al.* Case No. 1:25-cv-01072-JPC-JW

Dear Judge Cronan:

On behalf of Defendants in the above-caption action,[1] we write pursuant to paragraph 6.C of this Court's Individual Rules and Practices to request that the Court hold oral argument with respect to Defendants' Motion to Dismiss (Dkt. 67).

Respectfully submitted,

 */s/ Colleen C. Smith*
Colleen C. Smith (*pro hac vice*)
of LATHAM & WATKINS LLP

---

[1] Counsel for Defendants J.P. Morgan Securities LLC, BofA Securities, Inc., Stifel, Nicolaus & Company, Incorporated, Guggenheim Securities, LLC, RBC Capital Markets, LLC, and William Blair & Company, L.L.C. support this request.